In the Matter of Louis W. Dinkelspiel, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

Louis Robbins v. The Travelers Insurance Company.— Motion for leave to appeal to the Court of Appeals granted; questions certified, and order entered November 23, 1934,■ vacated. [See 242 App. Div. 816.]. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

Carmela Cioffi, Plaintiff, v. Giovannina Trantino and Others, Defendants. Mildred Giovine and Another, Respondents, v. Theodore Badman, Receiver, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. (See *Woman's Hospital* v. *Loubern Realty Corp.*, 266 N. Y. 123.) Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ.

Jennie Wiener, Respondent, v. Morris Wiener, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Isabelle Gans, an Infant, by Louis Gans, Her Guardian ad Litem, and Louis Gans, Respondents, v. Eugene O'Neill, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Arbitration of Certain Controversies between David Elson and Cotex Corporation under a Certain Written Submission Agreement Dated April 3, 1934. David Elson, Respondent; Cotex Corporation, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

The People of the State of New York, Respondent, v. Henry A. Kassebaum, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Southern Rice Sales Company, Appellant, v. Federal Export Corporation, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Henry W. Mumm, Respondent, for an Order of Certiorari Directed to Thomas W. Whittle and Another, Composing the Board of Assessors of the City of New York, and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Harry Benjamin, Appellant, Respondent, v. Horace Liveright, Inc., and Another, Respondents, Appellants.— Order so far as appealed from by the plaintiff affirmed, with twenty dollars costs and disbursements to the defendants. Order so far as appealed from by the defendants reversed and motion to strike out the defense of justification denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Joseph A. Broderick, as Superintendent of Banks of the State of New York, Respondent, v. Max Aaron and Others, Defendants, Impleaded with Abe Kessler and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [151 Misc. 516.]

Anna McGann, as Administratrix, etc., of James Thomas McGann, Deceased, Respondent, v. Jacob Adler, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.